AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| United States of America | ) |
|---|---|
| v. | ) |
| ROBERT ANDERSON | ) Case No. 12-20315 |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Robrt Anderson,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Bany Robbery in violation of 18U.S.C. 2113(a)

Date: 11/23/2012

*Issuing officer's signature*

City and state:   Memphis, Tennessee

Charmiane G. Claxton, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/23/12, and the person was arrested on *(date)* 11/23/12
at *(city and state)* Tillington, TN.

Date: 11/23/2012

*Arresting officer's signature*

Jason E Bartlett, TFO
*Printed name and title*