UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

UNITED STATES OF AMERICA

-vs-                                                                                    Case No.  2:12cr20315-1 SHM

ROBERT ANDERSON
_____

# ORDER APPOINTING COUNSEL PURSUANT TO
# THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel.  Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

## APPOINTMENT OF COUNSEL

- The Federal Public Defender is appointed as counsel for the Defendant.

## TYPE OF APPOINTMENT

- Through trial and notice of appeal

**DONE** and **ORDERED** in 167 North Main, Memphis,   this 23rd day of November, 2012.


                                                        s/Charmiane G. Claxton
                                                        CHARMIANE G.  CLAXTON
                                                        UNITED STATES MAGISTRATE JUDGE


Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Intake
ROBERT ANDERSON