UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Western Division*
*Office of the Clerk*

*Thomas M. Gould, Clerk*                                                                                     *Deputy-in-Charge*
*242 Federal Building*                                                                         *U. S. Courthouse, Room 262*
*167 N. Main Street*                                                                            *111 South Highland Avenue*
*Memphis, Tennessee 38103*                                                     *Jackson, Tennessee  38301*
*(901) 495-1200*                                                                                      *(731) 421-9200*

---

**NOTICE OF SETTING**
**Before Judge Samuel H. Mays, Jr., United States District Judge**

---

February 26, 2013

    RE:    2:12cr20315-01-Ma
              *USA v.* ROBERT ANDERSON    (in custody)

Dear Sir/Madam:

A **CHANGE OF PLEA HEARING** has been **SET** before **Judge Samuel H. Mays, Jr.** on **THURSDAY, FEBRUARY 28, 2013** at **3:30 P.M. in Courtroom 2, 11th floor of the Federal Building, Memphis, Tennessee.**

If you have any questions, please contact the case manager at the number provided below.

                                      Sincerely,
                                      THOMAS M. GOULD, CLERK

                      BY:    S/ *Zandra Frazier*
                               Zandra Frazier, Case Manager
                               901-495-1277
                               E-mail: zandra_frazier@tnwd.uscourts.gov