PROB 12A
(6/14)

# United States District Court
# for the
# Western District of Tennessee
# Report on Offender under Supervision

Name of Offender:  Robert  Anderson                                              Docket No. 2:12CR20315-001

Name of Sentencing Judicial Officer:   The Honorable Samuel H. Mays, Jr., United States District Judge

Date of Original Sentence:  05/29/2013                                          Type of Supervision:  Supervised Release

Original Offense:  Bank Robbery by Force or Violence (2 counts)                 Date Supervision Commenced:  01/15/2016

Original Sentence:  Imprisonment: 39 months; TSR: 36 months                     Date Supervision Expires:  01/14/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Nature of Noncompliance**

**The defendant shall not purchase, possess, use, or administer any controlled substance.**  On March 8, 2016, Mr. Anderson tested positive for Amphetamines, Methamphetamines, and Cocaine; he also admitted to using Marijuana.

**The defendant shall not commit another federal, state, or local crime.**  On April 6, 2016, Mr. Anderson was arrested by the Henderson Police Department in relation to a warrant issued for Fraudulent Use of a Debit Card.  He allegedly used a Shell gas card that belonged to his sister and his formerly adopted father.  The affidavit alleged that there were fraudulent charges, totaling $713.54.  Mr. Anderson contends that he had permission from his sister to use the card.  In learning of his warrant, Mr. Anderson spoke to the Probation Officer and was instructed to surrender to the Chester County (TN) Sheriff's Department.

On the morning of April 6, 2016, as Mr. Anderson was in route to surrender on the warrant for Fraudulent Use of a Debit Card, he stopped briefly by the Anderson's residence.  According to the affidavit of complaint, Belinda Anderson (Mr. Anderson's formerly adopted step-mother), contacted the Henderson Police Department claiming that she heard her dogs barking and noticed her front door was open.  She informed police that she thought it could have been her step-son, Mr. Anderson, and that he could have come to steal belongings.  Mr. Anderson made bond for the Fraudulent Use of a Credit Card, and was subsequently arrested on a warrant for Aggravated Burglary.  He is currently in custody with the matter pending in the Chester County Circuit Court.

**U.S. Probation Officer Action:** Mr. Anderson was issued a verbal reprimand and referred to Individual Therapy to address his drug use. Due to factual questions surrounding the charges in Chester County, this officer respectfully requests that no action be taken at this time, pending the disposition of these cases.  Mr. Anderson is in custody at the Chester County Jail and his case is awaiting indictment.

**Prob 12A**
**RE: Anderson, Robert**
**Date: April 6, 2016**

Respectfully submitted,

s/April J. McCommon
U.S. Probation Officer

Approved:

| s/Freddie McMaster II | April 13, 2016 |
|---|---|
| Supervising U.S. Probation Officer | Date |

---

## THE COURT ORDERS:

☒ **No additional action at this time**
☐ Submit a request for modifying the condition or term of supervision
☐ Submit a request for warrant or summons
☐ The Offender be released from supervision
☐ Other:

_s/ Samuel H. Mays, Jr._
Signature of Judicial Officer

Date: *April 13, 2016*